CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on March 13, 2015**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–30473–RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Luis R. Vivar
4320 SW 159 Avenue
Miami, FL 33185

SSN: xxx–xx–9761

Marisol Vivar
4320 SW 159 Avenue
Miami, FL 33185

SSN: xxx–xx–3377

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.